### CENTERBANK *v.* FAIRWAY ESTATES II ET AL.
### (12190)

LAVERY, FREEDMAN and CRETELLA, Js.

Argued September 21—decision released October 12, 1993

*Richard P. Weinstein,* with whom, on the brief, was *Jennifer C. Jaff,* for the appellants (named defendant et al.).

*Thomas A. Kaelin,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.